# **EXHIBIT D**

**Exhibit D  - Infringement of Claim 1 of U.S. Patent Number 7,088,854 VoxelCloud, Inc.**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising: a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | About Us<br><br>Founded in early 2016, VoxelCloud offers automated medical image analysis algorithms and end-to-end solutions to help doctors make clinical decisions in a more accurate, accessible, and efficient way. VoxelCloud has offices in Los Angeles, USA, and Suzhou and Shanghai in China. Until October 2017, VoxelCloud has raised $28.5M from investors such as Sequoia Capital, Tencent, New Margin, etc.<br><br>http://www.voxelcloud.io/en/index.html<br><br>VoxelCloud offers automated medical image algorithms. |

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | <br>http://www.voxelcloud.io/en/index.html<br>The VoxelCloud lung cancer screening software captures an image of a lung having chromatic data points associated with features. |

| | |
|---|---|
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | **Artificial Intelligence**<br><br>We provide medical image analysis and decision support through cutting-edge machine learning and validation from massive, expert annotated, real-world training data..<br><br>http://www.voxelcloud.io/en/index.html<br><br>**Xiaowei Ding:** Our service will include at least three aspects. First, we will provide a service directly to healthcare providers (such as hospitals, medical centers, etc.) through clinical workflow integrated cloud-computing solutions. Second, we will partner with existing hardware and software vendors to provide an AI service. Third, we will build a platform to enable third party medical developers to develop their own applications much more easily through our medical knowledge graph API. With this API, developers could work more efficiently because we have developed the basic algorithms and collected a massive amount of anonymized training data from scratch. Our medical image knowledge graph will be offered though this API. Further extension of our project will leverage heterogeneous data sources in synergy with the existing imaging data.<br><br>https://www.medgadget.com/2017/06/voxelcloud-automated-medical-image-analysis-interview-xiaowei-ding-ceo-voxelcloud.html<br><br>VoxelCloud evolves basic algorithms using training data from expert annotations of multiple sets of image data. |

Page **3** of **4**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. | **Xiaowei Ding:** The performance of an AI system is only as good as the data it has seen. Collecting and utilizing a large amount of high-quality medical data is a big challenge and will be a challenge in the near term, because there are patient privacy concerns and a lack of digitized records in many parts of the world.<br><br>https://www.medgadget.com/2017/06/voxelcloud-automated-medical-image-analysis-interview-xiaowei-ding-ceo-voxelcloud.html<br><br>Evolved algorithms are developed based on user input and are stored and used for future users. |