# EXHIBIT F

**Exhibit F - Infringement of Claim 1 of U.S. Patent Number 8,687,879 VoxelCloud, Inc.**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising:<br>a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | <br>http://www.voxelcloud.io/en/index.html<br>VoxelCloud offers evolving automated medical image algorithms. |

obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises:



### About Us

Founded in early 2016, VoxelCloud offers automated medical image analysis algorithms and end-to-end solutions to help doctors make clinical decisions in a more accurate, accessible, and efficient way. VoxelCloud has offices in Los Angeles, USA, and Suzhou and Shanghai in China. Until October 2017, VoxleCloud has raised $28.5M from investors such as Sequoia Capital, Tencent, New Margin, etc.

**VoxelCloud**

## Lung

[ Lung Cancer Screening ]

Lung cancer screening software is a clinical workflow-integrated, computed tomography based early lung cancer screening system. It offers deep-learning based lung nodule detection, malignancy risk assessment, and quantitative feature extraction algorithms.

http://www.voxelcloud.io/en/index.html

VoxelCloud offers an automated medical image analysis algorithm that recognizes entities, such as but not limited to lung nodes, in a first set of image data based on expert annotation.

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback;<br>presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; | **Artificial Intelligence**<br><br>We provide medical image analysis and decision support through cutting-edge machine learning and validation from massive, expert annotated, real-world training data..<br><br>http://www.voxelcloud.io/en/index.html<br><br>**Xiaowei Ding:** Our service will include at least three aspects. First, we will provide a service directly to healthcare providers (such as hospitals, medical centers, etc.) through clinical workflow integrated cloud-computing solutions. Second, we will partner with existing hardware and software vendors to provide an AI service. Third, we will build a platform to enable third party medical developers to develop their own applications much more easily through our medical knowledge graph API. With this API, developers could work more efficiently because we have developed the basic algorithms and collected a massive amount of anonymized training data from scratch. Our medical image knowledge graph will be offered though this API. Further extension of our project will leverage heterogeneous data sources in synergy with the existing imaging data.<br><br>https://www.medgadget.com/2017/06/voxelcloud-automated-medical-image-analysis-interview-xiaowei-ding-ceo-voxelcloud.html<br><br>VoxelCloud evolves basic algorithms using training data from expert annotations of multiple sets of image data. |

| | |
|---|---|
| obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; and storing said product algorithm for subsequent usage on said image sets. | **Xiaowei Ding:** The performance of an AI system is only as good as the data it has seen. Collecting and utilizing a large amount of high-quality medical data is a big challenge and will be a challenge in the near term, because there are patient privacy concerns and a lack of digitized records in many parts of the world.<br><br>https://www.medgadget.com/2017/06/voxelcloud-automated-medical-image-analysis-interview-xiaowei-ding-ceo-voxelcloud.html<br><br>Evolved algorithms are developed based on user input and are stored and used for future users. |